MURIEL B. KAPLAN, ESQ. (Bar No. 124607)
MICHELE R. STAFFORD, ESQ. (Bar No. 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA  94l05
Telephone: (4l5) 882-7900

Attorneys for Plaintiffs,
HEAT AND FROST INSULATORS OF
NORTHERN CALIFORNIA, et al.
PENSION FUND, et al.;

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEAT AND FROST INSULATORS OF NORTHERN CALIFORNIA, et al. PENSION FUND, et al.;<br><br>          Plaintiffs,<br><br>v.<br><br>SOUTHWEST AIR CONDITIONING, INC.,<br><br>          Defendant. | CASE NO.: C 05-0383 CW<br><br>REQUEST FOR<br>VOLUNTARY DISMISSAL |

      Plaintiffs hereby request dismissal of this action without prejudice, under Federal Rule of Civil Procedure 41(a).  Defendant has neither served an answer nor moved for summary judgment, and Plaintiffs have not previously filed or dismissed any similar action against defendant.  The matter has now been settled between the parties.

Dated: May 16, 2005          SALTZMAN & JOHNSON LAW CORPORATION

                                      /s/
                    By: Muriel B. Kaplan
                      Attorneys for Plaintiffs

**IT IS SO ORDERED.**
      **5/16/05**               **/s/ CLAUDIA WILKEN**
Dated: _____      _____
                        UNITED STATES DISTRICT COURT JUDGE